# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 30, 2009

Charles R. Fulbruge III
Clerk

No. 09-20004
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

WILLIAM ANTONIO QUINTANILLA-QUINTANILLA, also known as William Quintanilla, also known as William Antonio Quintanilla, also known as William A Quintanilla,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CR-99-ALL

Before DAVIS, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender (FPD) appointed to represent William Antonio Quintanilla-Quintanilla moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Quintanilla-Quintanilla filed a response. Thereafter, the FPD filed as supplemental letter brief, and Quintanilla-Quintanilla filed no further response. Our independent

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

review of the record, counsel's brief and supplemental letter brief, and Quintanilla-Quintanilla's response discloses no non-frivolous issue for appeal. Quintanilla-Quintanilla's claim of duress is unsupported by any evidence and contradicted by the record, and his complaints about his sentence do not raise a non-frivolous issue given the standard of review and the colloquy in the record. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.